IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE and CYNTHIA GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGES AT FOREST VIEW, LLC, VFV PARTNERS, LLC and HOSTETTLER, NEUHOFF & DAVIS, LLC d/b/a HND REALTY, LLC,<br><br>Defendants. | No.: 3:24-cv-01342 |

## NOTICE OF APPEARANCE

In addition to Benjamin E. Goldammer and the law firm of Kay Griffin Evans, PLLC, Danica G. Suedekum hereby gives notice that she will represent Defendants Villages At Forest View, LLC, VFV Partners, LLC and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC in the above matter.

Respectfully submitted,

KAY GRIFFIN EVANS, PLLC

/s/ Danica G. Suedekum
BENJAMIN E. GOLDAMMER (#26328)
DANICA G. SUEDEKUM (#36031)
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com
615-742-4800 (o)
615-742-4801 (f)

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the CM/ECF's electronic filing system on this 14th day of November 2024 upon:

Eric G. Calhoun
Calhoun & Associates
1585 N. Central Expressway
Richardson, TX 75080
eric@ecalhounlaw.com

Matthew T. Sandahl
234 1st Ave. South
Franklin, TN 37064
tsandahl@mtslaw.com
*Attorneys for Plaintiffs*

/s/ Danica G. Suedekum