# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

CHELSIE NITSCHKE AND CYNTHIA GEORGE

*Plaintiff(s)*

v.

VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; AND HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC

*Defendant(s)*

Civil Action No. 3:24-cv-01342

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Villages At Forest View, LLC
Through It Registered Agent
Danica G. Suedekum
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Email: eric@ecalhounlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/6/2024

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

*Signature of Clerk or Deputy Clerk*

Civil Action No. **1:24-cv-00023**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

CHELSIE NITSCHKE AND CYNTHIA GEORGE

*Plaintiff(s)*

v.

VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; AND HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC

*Defendant(s)*

Civil Action No. 3:24-cv-01342

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VFV Partners, LLC
Through It Registered Agent
Danica G. Suedekum
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Email: eric@ecalhounlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/6/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. **1:24-cv-00023**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

CHELSIE NITSCHKE AND CYNTHIA GEORGE

*Plaintiff(s)*

v.

VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; AND HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC

*Defendant(s)*

Civil Action No. 3:24-cv-01342

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty LLC
Through It Registered Agent
Danica G. Suedekum
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Email: eric@ecalhounlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/6/2024

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

Civil Action No. **1:24-cv-00023**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because __________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: