In support of Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC's ("HND") Business Entity Disclosure Statement, HND states:

1. HND is a Tennessee limited liability company.

2. The members of HND are William R. Hostettler, a citizen and resident of Tennessee and Carl A. Neuhoff, Jr., a citizen and resident of Tennessee.

Respectfully submitted,

KAY GRIFFIN EVANS, PLLC

/s/ Danica G. Suedekum
BENJAMIN E. GOLDAMMER (#026328)
DANICA G. SUEDEKUM (#036031)
222 Second Avenue North, Suite 340M
Nashville, TN 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com
615-742-4800 (p)
615-742-4801 (f)

*Counsel for Defendants*