In support of VFV Partners, LLC ("VFV") Business Entity Disclosure Statement, VFV states:

1. VFV is a Tennessee limited liability company.

2. The members of VFV are:

    a. Villages at Forest View, LLC;

        i. Members:

            1. William R. Hostettler, a citizen and resident of Tennessee;

            2. Carl A. Neuhoff, Jr., a citizen and resident of Tennessee;

            3. John D. Floyd, a citizen and resident of Florida;

            4. J. David Baker, a citizen and resident of Tennessee;

            5. Charles Lynn Crew, a citizen and resident of Tennessee;

            6. William R. Hostettler, Jr., a citizen and resident of Tennessee;

            7. Kristin H. Laine, a citizen and resident of Tennessee;

            8. Shawn C. Walsh, a citizen and resident of Tennessee; and

            9. Anthony P. Snyder, a citizen and resident of Tennessee.

    b. 235 Sixth Street Partnership;

        i. Partners:

            1. WCK 235 Sixth Street Trust;

                a. Trustee: Kerry H. Kirkland, a citizen and resident of Tennessee.

            2. DVH 235 Sixth Street Trust; and

                a. Trustee: Joy H. Harris, a citizen and resident of Tennessee.

3. MFH 235 Sixth Street Trust.

    a. Trustee: Margaret M. Harris, a citizen and resident of Tennessee.

c. Carl A. Neuhoff, Jr., a citizen and resident of Tennessee;

d. William R. Hostettler 2008 Trust;

    i. Trustee: William R. Hostettler, a citizen and resident of Tennessee.

e. John D. Floyd, a citizen and resident of Florida;

f. CHG 2020 Irrevocable Trust;

    i. Trustee: Flynn Doyle, a citizen and resident of Tennessee.

g. John T. Johnson, Jr. 2009 Family Trust;

    i. Trustee: Charles H. Geny, a citizen and resident of Tennessee.

h. John T. Johnson, Jr., a citizen and resident of Tennessee;

i. Patrick J. Donlon, a citizen and resident of Tennessee;

j. H. Douglas Holliday, a citizen and resident of Tennessee;

k. Felix Z. Wilson Trust;

    i. Trustee: Felix Z. Wilson, III, a citizen and resident of Tennessee.

l. Luke Froeb, a citizen and resident of Tennessee;

m. Michel McDonald, a citizen and resident of Tennessee;

n. Rich Roberts, a citizen and resident of Tennessee;

o. Jeff Davis, a citizen and resident of Florida;

p. Aaron Sparkman, a citizen and resident of Tennessee; and

q. Hostettler Realty, LLC.

     i. Members: Kristen H. Laine, a citizen and resident of Tennessee, and William R. Hostettler, Jr., a citizen and resident of Tennessee.

Respectfully submitted,

KAY GRIFFIN EVANS, PLLC

<u>/s/ Danica G. Suedekum</u>
BENJAMIN E. GOLDAMMER (#026328)
DANICA G. SUEDEKUM (#036031)
222 Second Avenue North, Suite 340M
Nashville, TN 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com
615-742-4800 (p)
615-742-4801 (f)

*Counsel for Defendants*