In support of Villages at Forest View, LLC ("Villages") Business Entity Disclosure Statement, Villages states:

1. Villages is a Tennessee limited liability company.

2. The members of Villages are:

    i. William R. Hostettler, a citizen and resident of Tennessee;

    ii. Carl A. Neuhoff, Jr., a citizen and resident of Tennessee;

    iii. John D. Floyd, a citizen and resident of Florida;

    iv. J. David Baker, a citizen and resident of Tennessee;

    v. Charles Lynn Crew, a citizen and resident of Tennessee;

    vi. William R. Hostettler, Jr., a citizen and resident of Tennessee;

    vii. Kristin H. Laine, a citizen and resident of Tennessee;

    viii. Shawn C. Walsh, a citizen and resident of Tennessee; and

    ix. Anthony P. Snyder, a citizen and resident of Tennessee.

Respectfully submitted,

KAY GRIFFIN EVANS, PLLC

/s/ Danica G. Suedekum
BENJAMIN E. GOLDAMMER (#026328)
DANICA G. SUEDEKUM (#036031)
222 Second Avenue North, Suite 340M
Nashville, TN 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com
615-742-4800 (p)
615-742-4801 (f)

*Counsel for Defendants*