# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | § § § § § § § § § § § § § § | |
| | | Civil Action No.: 3:24-cv-01342 |
| Plaintiffs, | | |
| v. | | **JURY DEMANDED** |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; AND HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC, | | **Judge William L. Campbell, Jr.** **Magistrate Judge Alistair Newbern** |
| Defendants. | | |

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE

Notice is hereby provided to the Court, that Plaintiff Mario Reed has served Plaintiff's

Designation of Experts on the Defendants, by and through their counsel of record, on the 24th day

of January, 2025, by electronic email.

Dated: January 24, 2025.

Respectfully Submitted,

CALHOUN &ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

M. Todd Sandahl #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064

Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Benjamin E. Goldammer
Danica G. Suedekum
KAY GRIFFIN EVANS, PLLC
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com

*Counsel for Defendants Villages at Forest View, LLC, VFV Partners, LLC and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC*

M. Todd Sandahl
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
tsandahl@mtslaw.com

*Counsel for Plaintiffs*

/s/ Eric G. Calhoun
Eric G. Calhoun