IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | § § § § § § § § § § § § § § § § § | Civil Action No.: 3:24-cv-01342 |
| Plaintiffs, | | |
| v. | | **JURY DEMANDED** |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC; BERNARD L. WEINSTEIN D/B/A BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; AND BACAR CONSTRUCTORS, INC., | | **Judge William L. Campbell, Jr.**<br>**Magistrate Judge Alistair Newbern** |
| Defendants. | | |

## ORDER GRANTING PLAINTIFF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. The Court finds the same to be well taken and the Motion is GRANTED.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs are hereby granted leave to file their First Amended Complaint.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE