IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | § § § § § § § § § § § § § § | Civil Action No.: 3:24-cv-01342 |
| Plaintiffs, | | |
| v. | | JURY DEMANDED |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; AND HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC, | | Judge William L. Campbell, Jr. Magistrate Judge Alistair Newbern |
| Defendants. | | |

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiffs Chelsie Nitschke and Cynthia George, individually, and on behalf of all others similarly situated ("Plaintiffs"), files this Answer to Defendants' Villages At Forest View, LLC, VFV Partners, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty LLC Counterclaim.

1. Plaintiffs admit the allegations contained in ¶1 of Defendant's Counterclaim.

2. Plaintiff admit the allegations contained in ¶2 of Defendant's Counterclaim.

3. Plaintiff deny the allegations contained in ¶3 of Defendant's Counterclaim and demands strict proof thereof.

4. Plaintiffs admit the allegations contained in ¶4 of Defendant's Counterclaim.

5. Paragraph 5 contains no factual allegations and no response is required.

6. Plaintiffs deny the allegations contained in ¶6 of Defendant's Counterclaim and demand strict proof thereof.

7. Defendants' allegation in ¶7 is legal conclusion to which no response is required. However, the standard for recovery of attorneys' fees by a defendant in a Fair Housing lawsuit is misstated in this paragraph.

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM – Page 1

8. Defendants' allegation in ¶7 is legal conclusion to which no response is required.

## DEFENSES

Defendants alleged "counterclaim" for attorneys' fees is not a legal cause of action. Rather, it is properly made as a post-trial motion under Fed. R. Civ. P. 54(d).

## PRAYER

WHEREFORE, Plaintiffs, prays that after final hearing, that Defendants take nothing on their counterclaim and dismiss Defendant's Counterclaim with prejudice, awarding Plaintiffs their attorneys' fees and costs, and for such other and further relief as the Court may deem proper.

Dated: March 17, 2025.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

M. Todd Sandahl, #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I caused a true and correct copy of the foregoing document to be served on counsel of record for Defendants, via electronic mail, as follows:

| | |
|---|---|
| Benjamin E. Goldammer<br>Danica G. Suedekum<br>222 Second Ave. North, Suite 340M<br>Nashville, Tennessee 37201<br>bg@kaygriffin.com<br>dgrosko@kaygriffin.com | *Counsel for Defendants/ Counterplaintiffs* |
| M. Todd Sandahl<br>Attorney at Law<br>234 First Avenue South<br>Franklin, Tennessee 37064<br>tsandahl@mtslaw.com | *Counsel for Plaintiffs* |

　　　　　　　　　　　　　　　　　　　　*/s/ Eric G. Calhoun*
　　　　　　　　　　　　　　　　　　　　Eric G. Calhoun