IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC; BERNARD L. WEINSTEIN D/B/A BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; AND BACAR CONSTRUCTORS, INC.,<br><br>Defendants. | Civil Action No.: 3:24-cv-01342<br><br>**JURY DEMANDED**<br><br>**Judge William L. Campbell, Jr.**<br>**Magistrate Judge Alistair Newbern** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. The motion is unopposed and is GRANTED.

The Clerk's Office is DIRECTED to file the first amended complaint as a separate docket entry.

_____
UNITED STATES MAGISTRATE JUDGE