IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CHELSIE NITSCHKE and CYNTHIA GEORGE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 3:24-cv-01342 ) |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC d/b/a HND REALTY, LLC; BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; and BACAR CONSTRUCTORS, INC., | ) Judge William L. Campbell, Jr. ) Magistrate Judge Alistair Newbern ) ) JURY DEMAND ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please note the appearance of attorney Brenden T. Holbrook, with the law firm of Smith Cashion & Orr, PLC, to serve as co-counsel along with Jefferson C. Orr on behalf of Defendants/Cross-Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates, LLC in the above-captioned matter.

Respectfully submitted,

/s/ Brenden T. Holbrook
Jefferson C. Orr, TN BPR No. 12743
Brenden T. Holbrook, TN BPR No. 39485
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
jorr@smithcashion.com
bholbrook@smithcashion.com
*Attorneys for Defendants/Cross-Defendants*
*Bernard L. Weinstein d/b/a Bernard L. Weinstein &*
*Associates and Bernard L. Weinstein & Associates,*
*LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded if registered, via the Court's electronic filing system, or, if not registered, sent via regular United States Mail, postage prepaid to the following:

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, TX 75080
(214) 766-8100 – Tel
eric@ecalhounlaw.com
*Attorney for Plaintiffs/Counter-Defendants Chelsie Nitschke and Cynthia George*

M. Todd Sandahl
234 First Avenue South
Franklin, TN 37064
(615) 794-3450 – Tel
tsandahl@mtslaw.com
*Co-Counsel for Plaintiffs/Counter-Defendants Chelsie Nitschke and Cynthia George*

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North
Suite 340M
Nashville, TN 37201
(615) 742-4800 – Tel
bg@kaygriffin.com
dgrosko@kaygriffin.com
*Attorney for Defendants/Counter-Plaintiffs/Cross-Plaintiffs Villages at Forest View, LLC, VFV Partners, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC*

    This 24th day of April, 2025.

                                                                /s/ Brenden T. Holbrook