IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NO. 3:24-cv-01342 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| VILLAGES AT FOREST VIEW, LLC, et al., | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to Serve Supplemental Rebuttal Expert Report to the Expert Report of Defendants Villages at Forest View, LLC, VFV Partners, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC. (Doc. No. 33).

The Court finds the same to be well taken and the Motion (Doc. No. 33) is **GRANTED**.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs are hereby granted leave to serve a supplemental rebuttal expert report to the expert report of Defendants.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE