IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:24-cv-01342 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| VILLAGES AT FOREST VIEW, LLC, et al., ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Defendants Villages at Forest View, LLC, VFV Partners, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC's motion for leave to serve a supplemental rebuttal expert report. (Doc. No. 40).

The Motion (Doc. No. 40) is **GRANTED**, and Defendants are granted leave to serve a supplemental rebuttal expert report.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE