**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **CHELSIE NITSCHKE and CYNTHIA GEORGE,** | ) | |
| | ) | |
| **Plaintiffs/Counter-Defendants,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:24-cv-01342** |
| | ) | |
| **VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC d/b/a HND REALTY, LLC,** | ) | **Judge William L. Campbell, Jr.** |
| | ) | **Magistrate Judge Alistair Newbern** |
| | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **Defendants/Counter-Plaintiffs/Cross-Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; and BACAR CONSTRUCTORS, INC,** | ) | |
| | ) | |
| **Defendants/Cross-Defendants.** | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Jefferson C. Orr should be removed as counsel of record for Defendants/Cross-Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates, LLC (hereinafter collectively referred to as "Weinstein") as Mr. Orr passed away on May 21, 2025. Attorney Brenden T. Holbrook and the law firm of Smith Cashion & Orr, PLC will continue to represent Weinstein in this matter. Jefferson C. Orr shall be relieved of any further responsibility with respect to the representation of Weinstein.

1

Respectfully submitted,

*/s/ Brenden T. Holbrook*
Brenden T. Holbrook (#39485)
SMITH, CASHION, & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8559 – Tel
bholbrook@smithcashion.com
*Attorney for Defendants/Cross-Defendants*
*Bernard L. Weinstein d/b/a Bernard L.*
*Weinstein & Associates and Bernard L.*
*Weinstein & Associates, LLC*

2

## CERTIFICATE OF SERVICE

     I hereby certify that on June 24, 2025, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record to the following:

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, TX 75080
(214) 766-8100 – Tel
eric@ecalhounlaw.com
*Attorney for Plaintiffs/Counter-Defendants Chelsie Nitschke and Cynthia George*

M. Todd Sandahl
234 First Avenue South
Franklin, TN 37064
(615) 794-3450 – Tel
tsandahl@mtslaw.com
*Co-Counsel for Plaintiffs/Counter-Defendants Chelsie Nitschke and Cynthia George*

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North
Suite 340M
Nashville, TN 37201
(615) 742-4800 – Tel
bg@kaygriffin.com
dgrosko@kaygriffin.com
*Attorney for Defendants/Counter-Plaintiffs/Cross-Plaintiffs Villages at Forest View, LLC, VFV Partners, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC*

Gregory L. Cashion
Shannon M. Renne
Smith Cashion & Orr, PLC
3100 West End Ave.
Suite 800
Nashville, TN 37203
(615) 742-8555 – Tel
gcashion@smithcashion.com
srenne@smithcashion.com
*Attorneys for Defendant/Cross-Defendant Bacar Constructors, Inc.*

     */s/ Brenden T. Holbrook*
     Brenden T. Holbrook