# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE and CYNTHIA GEORGE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC d/b/a HND REALTY, LLC; BERNARD L. WEINSTEIN D/B/A BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; AND BACAR CONSTRUCTORS, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | **No.: 3:24-cv-01342** |
| Defendants. | ) | |

---

## DEFENDANTS' JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

---

Defendants Villages At Forest View, LLC, VFV Partners, LLC, Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC, Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates, Bernard L. Weinstein & Associates, LLC, and BACAR Constructors, Inc. hereby jointly move to amend scheduling deadlines set forth in the Initial Case Management Order as follows:

| | Current Deadlines | New Deadlines |
|---|---|---|
| Initial Disclosures | January 24, 2025 | |
| Plaintiffs' Expert Disclosures | February 28, 2025 | |
| Amend or Add Parties | April 14, 2025 | |
| Serve All Written Discovery | May 23, 2025 | |
| Joint Status/Case Resolution Report | September 5, 2025 | *October 31, 2025* |

1

| | | |
|---|---|---|
| Written Discovery & Fact Witness Depos. | August 8, 2025 | *October 15, 2025* |
| Discovery Related Motions | August 1, 2025 | *October 1, 2025* |
| Defendants' Expert Disclosures | August 1, 2025 | |
| Complete Expert Depositions | August 8, 2025 | *November 3, 2025* |
| Dispositive Motions | September 12, 2025 | *December 8, 2025* |
| Trial | April 21, 2026 | |

In support of this Motion, the Parties state that Plaintiffs filed this lawsuit on November 12, 2024. On March 17, 2025, Plaintiffs amended the Complaint to add Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates, Bernard L. Weinstein & Associates, LLC (collectively, "Weinstein Defendants") and BACAR Constructors, Inc. ("BACAR"). On or about March 25, 2025, summons were issued to BACAR and Weinstein Defendants. Neither BACAR nor Weinstein Defendants were party to the Court's Initial Case Management Order.

By Motion for Extension to Complete Discovery, BACAR and Weinstein Defendants requested, and were granted, an extension to disclose their experts by August 1, 2025. Disclosure of this additional report is crucial to the Parties' ability to conduct and complete discovery (written and depositions). Further, upon disclosure of this report, the Parties will have sufficient information to make a good faith effort at resolving this matter in mediation. In light of the foregoing, the Parties respectfully request extensions of the aforementioned deadlines.

This is the Defendants' first joint request to amend scheduling deadlines, and the requested extensions will still conform to the requirements of Local Rule 16.01(h)(1). Specifically, no dispositive motion, including response and replies, will be filed later than 90 days in advance of the April 21, 2026 trial date.

Counsel has submitted the requested modifications to Plaintiffs' counsel for consent and has not yet received a response.

Respectfully submitted,

KAY GRIFFIN, PLLC

/s/ Danica G. Suedekum
BENJAMIN E. GOLDAMMER (#26328)
DANICA G. SUEDEKUM (#36031)
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com
615-742-4800 (o)
*Counsel for VFV Partners, LLC, Villages at Forest View, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC*

/s/ Shannon M. Renne (w/p DGS)
Gregory L. Cashion (#10697)
Shannon M. Renne (#42544)
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
gcashion@smithcashion.com
srenne@smithcashion.com
*Attorneys for Defendant Bacar Constructors*

/s/ Brenden T. Holbrook (w/p DGS)
Vic L. McConnell (#19828)
Brenden T. Holbrook (#39485)
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
vmcconnell@smithcashion.com
bholbrook@smithcashion.com
*Attorneys for Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the CM/ECF's electronic filing system on this 1st day of August 2025 upon:

Eric G. Calhoun
Calhoun & Associates
1585 N. Central Expressway
Richardson, TX 75080
eric@ecalhounlaw.com
*Attorney for Plaintiffs*

Matthew T. Sandahl
234 1st Ave. South
Franklin, TN 37064
tsandahl@mtslaw.com
*Attorney for Plaintiffs*

Gregory L. Cashion
Shannon M. Renne
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
gcashion@smithcashion.com
srenne@smithcashion.com
*Attorneys for Defendant Bacar Constructors, LLC*

Vic McConnell
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
vmcconnell@smithcashion.com
bholbrook@smithcashion.com
*Attorneys for Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates, LLC*


/s/ Danica G. Suedekum

4