UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGES AT FOREST VIEW, LLC, et al., <br><br> Defendants. | Case No. 3:24-cv-01342 <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Defendants have filed a motion to extend certain case management deadlines. (Doc. No. 46.) Although Defendants docketed their motion as a "joint motion," they state in the filing that they have not yet received a response from Plaintiffs' counsel as to whether they consent to the requested relief.

Accordingly, Plaintiffs are ORDERED to file their response to Defendants' motion by August 8, 2025.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge