UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VILLAGES AT FOREST VIEW, LLC, et al.,<br><br>    Defendants. | Case No. 3:24-cv-01342<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiffs have filed a response in opposition to Defendants' motion to amend the case management order that indicates counsel did not meaningfully confer before Defendants filed their motion. (Doc. No. 48.) The Court therefore ORDERS as follows:

By no later than August 15, 2025, counsel for all parties shall meet and confer by teleconference, video conference, or in person to agree upon a joint proposed amended case management order. The amended proposed order shall include a dispositive motion deadline of no later than December 8, 2025. Defendants may then refile their motion to amend the case management calendar.

Defendants' joint motion (Doc. No. 46) is DENIED WITHOUT PREJUDICE to refiling after the required conference has taken place.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge