IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) NO. 3:24-cv-01342 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| VILLAGES AT FOREST VIEW, LLC, et al., | ) MAGISTRATE JUDGE NEWBERN |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the court is the parties' Joint Motion to Continue Trial Date (Doc. No. 50). The motion is **GRANTED**. All pretrial deadlines associated with the original April 21, 2026 trial date are cancelled and will be re-set by separate order.

The Parties are **ORDERED** to file agreed proposed trial dates within three weeks of entry of this Order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE