# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, § § § | |
| Plaintiffs, § § | Civil Action No.: 3:24-cv-01342 |
| v. § § | **JURY DEMANDED** |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC; BERNARD L. WEINSTEIN D/B/A BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; AND BACAR CONSTRUCTORS, INC., § § § § § § § § § § | **Judge William L. Campbell, Jr.** **Magistrate Judge Alistair Newbern** |
| Defendants. § | |

## JOINT CASE RESOLUTION STATUS REPORT AND SELECTION OF MEDIATOR

Plaintiffs, Chelsie Nitschke and Cynthia George and Defendants Villages At Forest View, LLC, VFV Partners, LLC, Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty LLC, Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates, Bernard L. Weinstein & Associates, LLC, and Bacar Constructors, Inc. ("Defendants") (collectively "the Parties"), by and through counsel, file this Joint Case Resolution Status Report. The Parties would show that:

1. The Initial Case Management Order [Doc. 18] requires that a Joint Resolution Status Report be filed by September 5, 2025. The Plaintiffs and Defendants have discussed possible resolutions. The Parties concluded that the services of a mediator would better lead to a satisfactory resolution.

2. The Plaintiffs and Defendants have agreed to mediate with Allen Blair on September 10, 2025.

Dated: September 4, 2025.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

M. Todd Sandahl, #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

ATTORNEYS FOR PLAINTIFFS

**BURR & FORMAN LLP**

By: */s/Danica G. Suedekum*
Benjamin E. Goldammer (#26328)
Danica G. Suedekum (#36301)
222 2nd Avenue South, Suite 2000
Nashville, Tennessee 37201
(615) 724-3200 (o)
(615) 724-3290 (f)
bgoldammer@burr.com
dsuedekum@burr.com

ATTORNEYS FOR DEFENDANTS VFV PARTNERS, LLC, VILLAGES AT FOREST VIEW, LLC AND HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY, LLC

**SMITH CASHION & ORR, PLC**

By: */s/Gregory L. Cashion*
Gregory L. Cashion (No. 10697)
Shannon M. Renne (No. 42544)
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
(615) 742-8555
gcashion@smithcashion.com
srenne@smithcashion.com

ATTORNEYS FOR DEFENDANT/CROSS-DEFENDANT BACAR CONSTRUCTORS, INC

**SMITH CASHION & ORR, PLC**

By: */s/Brenden T. Holbrook*
Brenden T. Holbrook, TN BPR No. 39485
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
bholbrook@smithcashion.com

ATTORNEYS FOR DEFENDANTS/CROSS-DEFENDANTS BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES AND BERNARD L. WEINSTEIN & ASSOCIATES, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I caused a true and correct copy of the foregoing document to be served on counsel of record for Defendants, via electronic mail, as follows:

| | |
|---|---|
| Benjamin E. Goldammer<br>Danica G. Suedekum<br>BURR & FORMAN LLP<br>222 2nd Avenue South, Suite 2000<br>Nashville, Tennessee 37201<br>bgoldammer@burr.com<br>dsuedekum@burr.com | *Counsel for Defendants/ Counterplaintiffs* |
| Brenden T. Holbrook<br>SMITH, CASHION, & ORR, PLC<br>3100 West End Avenue, Suite 800<br>One American Center<br>Nashville, Tennessee 37203<br>bholbrook@smithcashion.com | *Counsel for Defendants/Cross-Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates* |
| Gregory L. Cashion<br>Shannon M. Renne<br>Smith Cashion & Orr, PLC<br>3100 West End Ave., Suite 800<br>Nashville, Tennessee 37203<br>gcashion@smithcashion.com<br>srenne@smithcashion.com | *Counsel for Defendant/Cross-Defendant Bacar Constructors, Inc* |
| M. Todd Sandahl<br>Attorney at Law<br>234 First Avenue South<br>Franklin, Tennessee 37064<br>tsandahl@mtslaw.com | *Counsel for Plaintiffs* |

*/s/ Eric G. Calhoun*
Eric G. Calhoun