## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | **Case No.: 3:24-cv-01342** |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC d/b/a HND REALTY, LLC; BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; and BACAR CONSTRUCTORS, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | **JURY DEMANDED** **Judge William L. Campbell, Jr.** **Magistrate Judge Alistair Newbern** |
| Defendants. | ) |  |

---

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED TRIAL DATES

---

**COME NOW** the Plaintiffs, Chelsie Nitschke and Cynthia George, and Defendants, Villages at Forest View, LLC, VFV Partners, LLC, Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC, BACAR Constructors, Inc., Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates, and Bernard L. Weinstein & Associates, LLC (collectively, "the Parties"), by and through their respective counsel of record, and respectfully move this Honorable Court for a two-week extension of time to submit proposed trial dates. In support of this Motion, the Parties state as follows:

1.	The Initial Case Management Order[1] in this matter provided various deadlines for the prosecution of this case, with a target trial date of April 21, 2026.

2.	On August 25, 2025, Bernard L. Weinstein & Associates, LLC submitted a Joint Motion to Continue Trial Date[2], requesting a trial date no earlier than June 22, 2026 and no later than August 10, 2026.

3.	On August 26, 2025, this Court entered an Order directing the Plaintiffs and Defendants to submit agreed proposed trial dates within three weeks of the entry of the Order[3].

4.	The Parties participated in their first mediation session on September 10, 2025.

5.	Settlement discussions remain ongoing, and the Parties are continuing to work in good faith toward resolution of this matter.

6.	In light of these ongoing discussions, the Parties respectfully request a two-week extension of time to submit their agreed proposed trial dates to allow further opportunity for potential settlement.

Respectfully submitted,

*/s/ Shannon M. Renne*
Gregory L. Cashion (#10697)
Shannon M. Renne (#42544)
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
gcashion@smithcashion.com
srenne@smithcashion.com
Attorneys for Defendant Bacar Constructors, Inc.

/s/ Danica G. Suedekum (w/p SMR)

---

[1] [ECF No. 18].
[2] [ECF No. 50].
[3] [ECF No. 51].

Benjamin E. Goldammer (#26328)
Danica G. Suedekum (#36031)
Burr & Forman LLP
222 Second Avenue North, Suite 2000
Nashville, Tennessee 37201
bgoldammer@burr.com
dsuedekum@burr.com
*Counsel for VFV Partners, LLC, Villages at Forest View, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC*

/s/ Brenden T. Holbrook (w/p SMR)
Vic L. McConnell (#19828)
Brenden T. Holbrook (#39485)
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, TN 37203
vmcconnell@smithcashion.com
bholbrook@smithcashion.com
*Attorneys for Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates, LLC*

/s/ Eric G. Calhoun (w/p SMR)
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
eric@ecalhounlaw.com

M. Todd Sandahl (#19167)
234 First Avenue South
Franklin, TN
37064
tsandahl@mtslaw.com
*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the **September 16, 2025** a true and correct copy of the ***Joint Motion for Extension of Time to Submit Proposed Trial Dates*** was filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of such filing was served on all known counsel of record listed below through the electronic filing manager, pursuant to the Federal Rules of Civil Procedure.

Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com  (Assistant)

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Ave N # 340M
Nashville, Tennessee 37201
bg@kaygriffin.com
dgrosko@kaygriffin.com
615-742-4800

*Counsel for Villages at Forest View, LLC, VFV Partners, LLC, and Hostettler, Neuhoff & Davis, LLC d/b/a HND Realty, LLC*

M. Todd Sandahl, (No. 19167)
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

*Counsel for Cynthia George and Chelsie Nitschke*

Brenden T. Holbrook
Smith Cashion & Orr, PLC
SMITH CASHION & ORR, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
(615) 742-8555
bholbrook@smithcashion.com

*Counsel for Bernard L. Weinstein & Associates, LLC*

*/s/ Shannon M. Renne*
Shannon M. Renne

4