# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | § § § Civil Action No.: 3:24-cv-01342 § |
| Plaintiffs, | § § |
| v. | § JURY DEMANDED § |
| VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC; BERNARD L. WEINSTEIN D/B/A BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; AND BACAR CONSTRUCTORS, INC., | § Judge William L. Campbell, Jr. § Magistrate Judge Alistair Newbern § § § § § § § § § |
| Defendants. | § |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) Plaintiffs Chelsie Nitschke and Cynthia George and all Defendants hereby dismiss with prejudice Plaintiff's Complaint and with all parties to bear their own costs and attorneys' fees.

Dated: November 10, 2025.

                                                      Respectfully Submitted,

                                                      CALHOUN & ASSOCIATES

                                                    */s/ Eric G. Calhoun*
                                                    Eric G. Calhoun
                                                    Texas Bar No. 03638800
                                                    1595 N. Central Expressway
                                                    Richardson, Texas 75080
                                                    Telephone: (214) 766-8100
                                                    Facsimile: (214) 308-1947
                                                    eric@ecalhounlaw.com
                                                    egcla@ecalhounlaw.com (Assistant)

M. Todd Sandahl, #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

ATTORNEYS FOR PLAINTIFFS


**BURR & FORMAN LLP**

By: */s/Danica G. Suedekum*
Benjamin E. Goldammer (#26328)
Danica G. Suedekum (#36301)
222 2nd Avenue South, Suite 2000
Nashville, Tennessee 37201
(615) 724-3200 (o)
(615) 724-3290 (f)
bgoldammer@burr.com
dsuedekum@burr.com

ATTORNEYS FOR DEFENDANTS VFV PARTNERS, LLC, VILLAGES AT FOREST VIEW, LLC AND HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY, LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 2

**SMITH CASHION & ORR, PLC**

By: */s/Gregory L. Cashion*
Gregory L. Cashion (No. 10697)
Shannon M. Renne (No. 42544)
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
(615) 742-8555
gcashion@smithcashion.com
srenne@smithcashion.com

ATTORNEYS FOR DEFENDANT/CROSS-DEFENDANT BACAR CONSTRUCTORS, INC

**SMITH CASHION & ORR, PLC**

By: */s/Brenden T. Holbrook*
Brenden T. Holbrook, TN BPR No. 39485
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
bholbrook@smithcashion.com

ATTORNEYS FOR DEFENDANTS/CROSS-DEFENDANTS BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES AND BERNARD L. WEINSTEIN & ASSOCIATES, LLC.

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Benjamin E. Goldammer  *Counsel for Defendants/ Counterplaintiffs*
Danica G. Suedekum
BURR & FORMAN LLP
222 2nd Avenue South, Suite 2000
Nashville, Tennessee 37201
bgoldammer@burr.com
dsuedekum@burr.com

Brenden T. Holbrook  *Counsel for Defendants/Cross-Defendants*
SMITH, CASHION, & ORR, PLC  *Bernard L. Weinstein d/b/a Bernard L.*
3100 West End Avenue, Suite 800  *Weinstein & Associates and Bernard L.*
One American Center  *Weinstein & Associates*
Nashville, Tennessee 37203
bholbrook@smithcashion.com

Gregory L. Cashion  *Counsel for Defendant/Cross-Defendant Bacar*
Shannon M. Renne  *Constructors, Inc*
Smith Cashion & Orr, PLC
3100 West End Ave., Suite 800
Nashville, Tennessee 37203
gcashion@smithcashion.com
srenne@smithcashion.com

M. Todd Sandahl  *Counsel for Plaintiffs*
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
tsandahl@mtslaw.com

/s/ Eric G. Calhoun
Eric G. Calhoun