IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGES AT FOREST VIEW, LLC; VFV PARTNERS, LLC; HOSTETTLER, NEUHOFF & DAVIS, LLC D/B/A HND REALTY LLC; BERNARD L. WEINSTEIN D/B/A BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; AND BACAR CONSTRUCTORS, INC., <br><br> Defendants. | Civil Action No.: 3:24-cv-01342 <br><br><br> **JURY DEMANDED** <br><br> **Judge William L. Campbell, Jr.** <br> **Magistrate Judge Alistair Newbern** |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation for Dismissal With Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice Plaintiff's Complaint, with all parties to bear their own costs and attorneys' fees.

Signed _____, 2025.

_____
UNITED STATES DISTRICT JUDGE