# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | )<br>)<br>) |
| Plaintiffs, | ) NO. 3:24-cv-01342 |
| v. | )<br>) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE NEWBERN |
| VILLAGES AT FOREST VIEW, LLC, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the parties (Doc. No. 56), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE